

SAN FRANCISCO CA 940
25 FEB 2019 PM 5 L

Clerk of County
District Court (Federal)
Oak Courthouse
1301 CLAY St.
@AICCAND, CA
94612

