UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>MONETTE STEPHENS, et al.,<br><br>Defendants. | Case No.: 18-cv-07407-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 3/13/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Carl Alexander Wescott
PO Box 190875
San Francisco, CA 94966

Dated: 3/13/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Anthony Squillante, Deputy Clerk

*Service_Certificate _CRD*
*rev. August 2018*