UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>Plaintiff,<br><br>v.<br><br>MONETTE STEPHENS, et al.,<br><br>Defendants. | Case No. 18-cv-07407-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL WITHOUT LEAVE TO AMEND**<br><br>Docket No. 9 |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Dismissal without Leave to Amend. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without leave to amend. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 27, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge